**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Capital Restaurant Group, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-1136107** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4775 Regency Trace**<br>**Atlanta, GA 30331** | **3645 Marketplace Blvd., #130 - 297**<br>**Atlanta, GA 30344** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Fulton** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Capital Restaurant Group, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.** **Describe debtor's business**

    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

    B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
    See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    _____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

Debtor   **Capital Restaurant Group, LLC**                                          Case number (*if known*) _____
         Name

---

**11.** **Why is the case filed in** | *Check all that apply:*
**this district?**

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or** | ■ No
**have possession of any**
**real property or personal** | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

         Contact name _____

         Phone _____

---

### ▮ Statistical and administrative information

**13.** **Debtor's estimation of** | .  *Check one:*
**available funds**

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of**
**creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

10/04/19 12:01PM

| Debtor | **Capital Restaurant Group, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October  4, 2019**
MM / DD / YYYY

**X /s/ Darryl D. Berry**
Signature of authorized representative of debtor

**Darryl D. Berry**
Printed name

Title   **CEO**

---

**18. Signature of attorney**

**X /s/ William A. Rountree**
Signature of attorney for debtor

Date   **October  4, 2019**
MM / DD / YYYY

**William A. Rountree**
Printed name

**Rountree, Leitman & Klein, LLC**
Firm name

**Century Plaza I**
**2987 Clairmont Road, Ste 175**
**Atlanta, GA 30329**
Number, Street, City, State & ZIP Code

Contact phone   **404-584-1244**      Email address   **swenger@rlklawfirm.com**

**616503 GA**
Bar number and State

## CERTIFIED COPY OF RESOLUTION

## OF SOLE MEMBER

## CAPITAL RESTAURANT GROUP, LLC

This is to certify that at a meeting of the Members of Capital Restaurant Group, LLC., a Georgia Limited Liability Company (the **"Company"**), held on the 4th of October 2019, the following resolution was adopted:

**WHEREAS**, the Company is unable to pay its debts as they generally mature. **NOW, THEREFORE, IT IS HEREBY RESOLVED**, that the Company authorizes the Chief Executive Officer (the **"CEO"**) of the Company to prepare, execute, and file the Petition for Relief provided for in Chapter 11 of Title 11 of the United States Code, and all of the necessary papers in connection therewith, for Capital Restaurant Group, LLC, a Georgia Limited Liability Company, in the United States Bankruptcy Court, Northern District of Georgia, Atlanta Division.

**RESOLVED FURTHER**, that the CEO of the Company be and hereby is authorized to do any other acts, execute all necessary documents, and take any other steps in the name and in behalf of the Company necessary or appropriate to obtaining such relief, including the presentation of a Plan of Reorganization.

**RESOLVED FURTHER**, that the CEO of the Company be and hereby is authorized to retain as counsel for the Company in said proceeding Rountree, Leitman & Klein, LLC.

Said resolution is still of full force and effect.

Dated this October 4, 2019.

Capital Restaurant Group, LLC

By:

Darryl D. Berry, Sole Member

04032091-

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Capital Restaurant Group, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AMERICAN EXPRESS** PO BOX 650448 Dallas, TX 75265 | **FX  623-444-3001** | **Credit Card** | | | | $155,541.84 |
| **ATLANTIC FOODSERVICE REPAIRS I** P.O. BOX 14664 Myrtle Beach, SC 29587 | **AFR29587@aol.com** | **Trade debt** | | | | $30,307.20 |
| **BMW Bank of North America** PO BOX 78066 Phoenix, AZ 85062 | **bmwgenius@bmwusa.com** | **Vehicle Loan** | | $19,747.99 | $0.00 | $19,747.99 |
| **BURGER KING CORPORATION** 5707 BLUE LAGOON DR Miami, FL 33126 | **rschafer@rbi.com; jcil@rbi.com;dschwartz@rbi.com; cfinazzo@rbi.com** | **Trade debt** | **Disputed** | | | $361,404.73 |
| **CHARLESTON SIGN & BANNER** 4200 DORCHESTER ROAD North Charleston, SC 29405 | **service@charlestonsign.com** | **Trade debt** | | | | $19,818.38 |
| **COOK COMFORT SYSTEMS, LLC** P.O. Box Florence, SC 29506 | **cookcomfortsystems@gmail.com** | **Trade Debt** | | | | $16,551.00 |
| **DEPARTMENT OF PUBLIC UTILITIES ORANGEBURG** PO BOX 1057 Orangeburg, SC 29116 | **Yolanda Davis** **ydavis@orbgdpu.com** | **Utilities** | | | | $14,945.96 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Capital Restaurant Group, LLC**                                          Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **DERST BAKING CO, LLC** PO BOX 102981 Atlanta, GA 30368 | terry.roberts@flocorp.com | **Trade debt** | | | | $16,934.69 |
| **FIRST FRANCHISE CAPITAL CORP CHIEF OPERATING OFFICER ONE MAYNARD DR. STE 2104 Park Ridge, NJ 07656** | cabell.finch@firsfcc.com | **Bank loan** | | $2,715,779.79 | $0.00 | $2,715,779.79 |
| **FRANKLIN BAKING COMPANY P.O. BOX 751207 Charlotte, NC 28275** | collectiondept@flocorp.com | **Trade debt** | | | | $20,069.24 |
| **HM ELECTRONICS INC 2848 WHIPTAIL LOOP Carlsbad, CA 92010** | jmyers@hme.com | **Trade Debt** | | | | $12,423.07 |
| **J.A.C. Services 107 Elk's Lodge Lane Summerville, SC 29483** | maryann@jacservices.org | **Trade debt** | | | | $47,875.90 |
| **MICROS SYSTEMS, INC PO BOX 203448 Dallas, TX 75320-3448** | karen.prevost@oracle.com | **Trade debt** | | | | $32,473.32 |
| **PRICE REFRIGERATION & A/C Co. INC. PO BOX 1679 Murrells Inlet, SC 29576** | lisa@priceac.com | **Trade debt** | | | | $10,965.47 |
| **PYE-BARKER INDUSTRIAL CLEANNING , LLC PO BOX 714812 Cincinnati, OH 45271** | brustd@pyebarkerfire.com | **Trade debt** | | | | $27,216.70 |
| **REGIONS BANK PO BOX 11301 Birmingham, AL 35202** | kevin.brennan@regions.com | **Credit Card** | | | | $475,000.00 |
| **RITA POWELL 1115 East Campground Road Florence, SC 29506** | ritapower@aol.com | **Trade debt** | | | | $30,517.29 |

Debtor    **Capital Restaurant Group, LLC**                                    Case number *(if known)* _____
 Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SCE & G P.O. Box 100255 Columbia, SC 29202-3255** | **kchavis@scana.com** | **Utility** | | | | **$29,917.33** |
| **THE CYPRESS GROUP 19372 N. 98th Place Scottsdale, AZ 85255** | **dzuccarello@cypressgroup.biz** | **Professional Services** | | | | **$25,000.00** |
| **Tile Roofing, Inc. P.O. Box 285 Cleveland, SC 29635** | **tri@tileroofinginc.com** | **Trade debt** | | | | **$37,294.00** |

A MORGAN GLASS, LLC
1149-C College Park Road
Summerville, SC 29486


ADT SECURITY SERVICES, INC
PO Box 371878
Pittsburgh, PA 15250


AJ ANTUNES & CO.
28262 NETWORK PLACE
Chicago, IL 60673


AJ RESTAURANT ACCOUNTING, LLC
2901 W. Beltline
Madison, WI 53713


ALABAMA CHILD SUPPORT PAYMENT
PO BOX 244015
Montgomery, AL 36124


ALL AMERICAN LOCKSMITH
11050 KNOTTINGBY DR
Jacksonville, FL 32257


ALL OUT FIRE PROTECTION LLC
DBA C.C.SVCS
PO BOX 50481
Myrtle Beach, SC 29579


AMERICAN BANKERS INSURANCE COM
PO BOX 731178
Dallas, TX 75373


AMERICAN EXPRESS
PO BOX 650448
Dallas, TX 75265

ANDERSON LOCK & SECURITY SYSTE
MS, INC
813 6th AVENUE
Myrtle Beach, SC 29575


AT&T
PO BOX 105262
Atlanta, GA 30348


ATLANTIC FOODSERVICE REPAIRS I
P.O. BOX 14664
Myrtle Beach, SC 29587


Berkeley County Family Court
P.O. Box 219
Moncks Corner, SC 29461


BERKELEY COUNTY TREASURER
PO BOX 6122
Moncks Corner, SC 29461-6120


BERKELEY COUNTY WATER & SANITA
212 OAKLEY PLANTATION DRIVE
Moncks Corner, SC 29461


BERKELEY ELECTRIC COOPERATIVE,
SEDC
PO BOX 530812
Atlanta, GA 30353


BERKELEY LOCKSMITHING
128 TALL PINES ROAD
Ladson, SC 29456


BERRY ENTERPRISES, LLC
3645 Marketplace Blvd
#130-297
Atlanta, GA 30344

BILLS GLASS CO., INC.
410 TORREY DR
Ladson, SC 29456


BLUE FLAME GAS
PO BOX 271473
Pittsburgh, PA 15250


BLUECHOICE HEALTH PLAN
PO BOX 6000
Columbia, SC 29260


BluSky Restoration Contractors
9767 E. Easter Ave
Englewood, CO 80112


BMW Bank of North America
PO BOX 78066
Phoenix, AZ 85062


BPS PRODUCTS INC
750 BETA DR
UNIT G
Cleveland, OH 44143


BRADY GLASS SOLUTIONS
3825 WESLEY STREET
Myrtle Beach, SC 29579


BRINK'S U.S., A DIVISION OF BR
555 DIVIDEND DR
Coppell, TX 75019


BURGER KING CORPORATION
5707 BLUE LAGOON DR
Miami, FL 33126

CAREERBUILDER
13047 COLLECTION CENTER DRIVE
Chicago, IL 60693


Carolina Cool, Inc.


CAROLINA-GEORGIA SOUND INC
P.O. BOX 14759
Augusta, GA 30919


CARRIER CORPORATION
29917 NETWORK PLACE
Chicago, IL 60673


CHARLESTON COUNTY
4045 BRIDGE VIEW DR
North Charleston, SC 29405


CHARLESTON COUNTY REVENUE COLL
P.O. Box 22009
Charleston, SC 29413-2009


CHARLESTON COUNTY TREASURER
PO BOX 603517
Charlotte, NC 28260-3517


CHARLESTON COUNTY TREASURER-
MOTOR VEHICLE- PO BOX 603522
Charlotte, NC 28260


Charleston Cty Clerk of Court
100 Broad Street
Suite 143
Charleston, SC 29401-2258

```
Charleston Rental Properties
1054 Johnnie Dodds Blvd
Suite B
Mount Pleasant, SC 29464


CHARLESTON SIGN & BANNER
4200 DORCHESTER ROAD
North Charleston, SC 29405


Charleston Tech Support
8319 Tyrian Path
North Charleston, SC 29418


CHARLESTON WATER SYSTEM
PO BOX 568
Charleston, SC 29402


CITY OF CHARLESTON
PO BOX 22009
Charleston, SC 29413


CITY OF CONWAY
WATER DEPT
1000 2ND AVE, PO BOX 1507
Conway, SC 29528


CITY OF CONWAY
BUSINESS LICENSE DEPT
PO BOX 1507
Conway, SC 29528


CITY OF GEORGETOWN
UTILITY BILLING
PO DRAWER 939
Georgetown, SC 29442


CITY OF GOOSE CREEK
PO DRAWER 1768
Goose Creek, SC 29445
```

CITY OF GOOSE CREEK
HOSPOTALITY TAX DIVISION
PO DRAWER 1768
Goose Creek, SC 29445


CITY OF LAKE CITY
WILLIAM A HALL, MBL
PO BOX 1329
Lake City, SC 29560


CITY OF MYRTLE BEACH
PO BOX 2468
Myrtle Beach, SC 29578


CITY OF MYRTLE BEACH FIRE
DEPARTMENT
921-B OAK ST.
Myrtle Beach, SC 29577


CITY OF ORANGEBURG
PO BOX 1183
Orangeburg, SC 29116


CLERK OF COURT - ORANGEBURG
PO BOX 9000
Orangeburg, SC 29116


CLERK OF COURT KERSHAW
PO BOX 1557
Camden, SC 29021


CLERK OF COURT YORK COUNTY
PO DRAWER 11746
Rock Hill, SC 29731


CLIFF'S PRINTING #1
918 HAYNES ST
Denton, TX 76201

COASTAL REFRIGERATION
2159 Highway 544
Conway, SC 29526


COCA-COLA USA
PO BOX 102703
Atlanta, GA 30368


COMCAST
PO BOX 71211
Charlotte, NC 28272


COMMERICIAL ELECTRONICS
3421HOLLENBERG DRIVE
Bridgeton, MO 63044


COMMONWEALTH OF MASSACHUSETTS
Employer Remittance
PO BOX 55140
Boston, MA 02205


COOK COMFORT SYSTEMS, LLC
P.O. Box
Florence, SC 29506


CORE BENEFITS SOLUTIONS, LLC
1411 DUTCH VALLEY PLACE
Atlanta, GA 30324


COUNTY OF ORANGEBURG
PO DRAWER 9000
Orangeburg, SC 29116


COUNTY TREASURER
LAURIE WALSH CAPENTER
PO BOX 100501
Florence, SC 29502

DARRYL BERRY
4775 Regency Trace, SW
Atlanta, GA 30331


DEPARTMENT OF PUBLIC UTILITIES
ORANGEBURG
PO BOX 1057
Orangeburg, SC 29116


DERST BAKING CO, LLC
PO BOX 102981
Atlanta, GA 30368


DIRECTV
PO BOX 5006
Carol Stream, IL 60197


DIVERSIFIED ENERGY - SHALLOTTE
PO BOX 430
Shallotte, NC 28459


DOMIMION ENERGY
PO BOX 100255
Columbia, SC 29202


Dorchester County Clerk
P.O. Box 1885
Summerville, SC 29484


DORCHESTER COUNTY TREASURER
PO BOX 63058
Charlotte, NC 28263


Duke Energy Progress
P.O. Box 1003
Charlotte, NC 28201

ECOLAB ECOSURE
26397 NETWORK PLACE
Chicago, IL 60673


ECOLAB FOOD SAFTY SPECIALTIES
24198 NETWORK PLACE
Chicago, IL 60673


Ecosure Advanced DA Servs
26397 Network Place
Chicago, IL 60673-1263


EDISTO LAWN CARE
4405 CANNON BRIDGE RD
Cope, SC 29038


FAMILY COURT
147 WEST MAIN ST
Kingstree, SC 29556


FAMILY SUPPORT REGISTRY
PO BOX 1800
Carrollton, GA 30112


FEDERAL HEATH SIGN CO LLC
DEPT #41283
PO BOX 650823
Dallas, TX 75265


FELDER SERVICING, LLC
3419 PINVEA LANE
North Charleston, SC 29420


FIRST DATA GLOBAL LEASING
Credit Card Processing Equip
4000 Coral Ridge
Pompano Beach, FL 33065

FIRST FRANCHISE CAPITAL CORP
CHIEF OPERATING OFFICER
ONE MAYNARD DR. STE 2104
Park Ridge, NJ 07656


FIRST FRANCHISE CAPITAL CORPOR
PO BOX 18250
Fairfield, OH 45018


FISHBOWL INC.
PO BOX 740513
Atlanta, GA 30374


FLORENCE COUNTY FINANCE DEPART
180 N. IRBY STREET, MSC-H
Florence, SC 29501


FLORIDA STATE DISBURSMENT UNIT
PO BOX 8500
Tallahassee, FL 32314


FRANKLIN BAKING COMPANY
P.O. BOX 751207
Charlotte, NC 28275


FRONTIER
PO BOX 740407
Cincinnati, OH 45274


GAMUT SYSTEMS & SOLUTIONS, LLC
PO BOX 562357
Charlotte, NC 28256


GEORGETOWN COUNTY
PO BOX 1422
Columbia, SC 29202

```
Georgetown Cty Clerk of Court
P.O. Box 479
Georgetown, SC 29442


Georgia Department of Revenue
1800 Century Center Blvd
Suite 9100
Atlanta, GA 30345


GLOBAL CASH CARD
7 CORPORATE PARK DRIVE
SUITE 130
Irvine, CA 92606


GRACE OUTDOOR, LLC
PO BOX 11384
Columbia, SC 29211


GRAND STRAND WATER & SEWER AUT
P.O. BOX 2308
Conway, SC 29528


H&K INTERNATIONAL INC.
PO BOX 180729
Dallas, TX 75218


HARLEY'S AWNING AND CANVAS REP
1723-A SIGNAL POINT RD
Charleston, SC 29412


HERITAGE TECHNICAL SERVICES, I
ATTN: CHUCK DUTIL
1240 WEST CHESTER PIKE STE 213
West Chester, PA 19382


HM ELECTRONICS INC
2848 WHIPTAIL LOOP
Carlsbad, CA 92010
```

```
Horry County Family Court
P.O. Box 677
Conway, SC 29528


HORRY COUNTY FARP
PO BOX 602785
Charlotte, NC 28260-2785


Horry County Hospitality Fee
P.O. Box 1275
Conway, SC 29528


HORRY COUNTY SOLID WASTE AUTHO
P.O. BOX 1664
Conway, SC 29528


Horry County Treasurer
P.O. Box 1275
Conway, SC 29528


Horry Electric Cooperative, In
P.O. Box 119
Conway, SC 29528-0119


HTC
P.O. Box 1819
Conway, SC 29528-1819


Indiana State Central
Collection Unit
P.O. Box 6219
Indianapolis, IN 46206-6219


INSCCU - ASFE
P.O. Box 6271
Indianapolis, IN 46206-6271
```

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


IO Music
5021 W. Nassau Street
Tampa, FL 33607


Irrigation by Design, Inc.
4337 Waterview Circle
North Charleston, SC 29418


J.A.C. Services
107 Elk's Lodge Lane
Summerville, SC 29483


Jowers-Sklar Insurance Group
706 E. 2nd Avenue
P.O. Box 511
Rome, GA 30162-0511


Kentucky Child Support
Enforcement
P.O. Box 14059
Lexington, KY 40512


Lanes Professional Pest
Elimination, Inc.
P.O. Box 14973
Surfside Beach, SC 29587


Liberty Mutual
25761 Network Place
Chicago, IL 60673-1257


Little River Water and
Sewerage Co., Inc.
P.O. Box 68
Little River, SC 29566

Long Life Lighting
665 Perimeter Road
Greenville, SC 29605


Mainland Supply
1070 Vega Way
San Marcos, CA 92078


Mancill
3201 Mr. Joe White Avenue
Myrtle Beach, SC 29577


MBI Worldwide
101 North Park Avenue
Suite 200
Herrin, IL 62948


MBM Corporation
P.O. Box 800
Rocky Mount, NC 27802-0800


Michigan State Disbursement
P.O. Box 30350
Lansing, MI 48909


MICROS SYSTEMS, INC
PO BOX 203448
Dallas, TX 75320-3448


MJK Electric, LLC
P.O. Box 248
Ladson, SC 29456


Modern Business Associates 1
9455 Koger Boulevard
Suite 200
Saint Petersburg, FL 33702

Myrtle Beach Fire Rescue
c/o Fire Recovery USA, LLC
P.O. Box 935667
Atlanta, GA 31193-5667


National Registered Agents
P.O. Box 4349
Carol Stream, IL 60197-4349


NC Child Support
Centralized Collections
P.O. Box 900012
Raleigh, NC 27675


New Jersey Family Support
Payment Center
P.O. Box 4880
Trenton, NJ 08650


North Charleston Sewer Dstrict
P.O. Box 63009
North Charleston, SC 29419


Nova Lighting
P.O. Box 1827
Myrtle Beach, SC 29578


NRAI, Inc.
P.O. Box 4349
Carol Stream, IL 60197-4349


Nuarx, Inc.
Dept CH 17101
Palatine, IL 60055-7107


NUCO2, LLC
P.O. Box 417902
Boston, MA 02241-7902

NYS Child Support
Processing Center
P.O. Box 15363
Albany, NY 12212-5363


OFFICE OF THE ATTORNEY GENERAL
PO BOX 659791
San Antonio, TX 78265


OfficeTeam
12400 Collections Center Dr
Chicago, IL 60693


OHIO CHILD SUPPORT PAYMENT
CENTRAL
PO BOX 182394
Columbus, OH 43218


Oracle America, Inc.
P.O. Box 203448
Dallas, TX 75320-3448


ORANGEBURG CO CLERK OF COURT
PO BOX 9000
Orangeburg, SC 29116


ORANGEBURG COUNTY TREASURER
E MADISON " MATT STOKES CNTY T
PO BOX 9000
Orangeburg, SC 29116


ORIGINAL IMPRESSIONS, LLC
PO BOX 31792
DEPT 18890
Tampa, FL 33631


PAMELA SIMMONS-BEASLEY,
PO BOX 63339
Charlotte, NC 28263

```
POSTEC
1125 NORTHMEADOW PKWY
SUITE 114
Roswell, GA 30076


PRICE REFRIGERATION & A/C Co.
INC. PO BOX 1679
Murrells Inlet, SC 29576


PROJECT TECHOLOGY SOLUTION, LL
ACCOUNTS RECEIVABLE
6012 BAYFIELD PKWY STE 211
Concord, NC 28027


PROLINE STRIPING SERVICE INC.
13318 SILVERSTONE DR
Fishers, IN 46037


PURCHASERS CHOICE INC.
13841 ROSWELL AVE
SUITEJ.
Chino, CA 91710


PYE-BARKER  INDUSTRIAL CLEANNI
NG , LLC
PO BOX 714812
Cincinnati, OH 45271


QUALITY RETAL SYSTEMS INC
1531 NY RTE 67
Schaghticoke, NY 12154


RANDSTAD MAIL CODE (5602)
PO BOX 742689
Atlanta, GA 30374


REGIONS BANK
PO BOX 11301
Birmingham, AL 35202
```

REINHART FOODSERVICE, LLC
7735 WESTSIDE INDUSTRIAL DR
Jacksonville, FL 32219


RITA POWELL
1115 East Campground Road
Florence, SC 29506


ROTO-ROOTER
PO BOX 5719
Columbia, SC 29250


ROTO-ROOTER Charleston
P.O. Box 31237
Charleston, SC 29417


SANTEE COOPER
PO BOX 188
Moncks Corner, SC 29461


SC DEPARTMENT OF EMPLOYMENT
AND WORKFORCE
PO BOX 2644
Columbia, SC 29202


SC DEPARTMENT OF REVENUE
PO BOX 2535
Columbia, SC 29202


SC DHEC
KELLY EASEY
2600 BULL ST, ST PK BLDG 17
Columbia, SC 29201


SCE & G
P.O. Box 100255
Columbia, SC 29202-3255

SCPW
THE COMMISSIONERS OF PUBLIC
WORKS PO BOX 817
Summerville, SC 29484


SECURITY METRICS, INC
1275 W. 1600 NORTH
Orem, UT 84057


SERIGRAPH INC.
PO BOX 880124
Milwaukee, WI 53288


SERVICE EXPERTS
1952 BELLGRADE AVENUE
Charleston, SC 29407


SHOES FOR CREWS
PO BOX 504634
Saint Louis, MO 63150


SICOM SYSTEMS, INC
PO BOX 930157
Atlanta, GA 31193


SNAGAJOB
32978 COLLECTIONS CENTER DR
Chicago, IL 60693


SOCIAL SECURITY ADMINISTRATION
PO BOX 3430
Philadelphia, PA 19122


SOUTH CAROLINA DEPT OF REVENUE
Columbia, SC 29214

SOUTH CAROLINA LOGOS, INC.
1221 ATLAS ROAD
Columbia, SC 29209


SOUTH CAROLINASTATE DISBURSE-
MENT UNIT
PO BOX 100303
Columbia, SC 29202


STATE AUTO INSURANCE COMPANIES
PO BOX 182738
Columbus, OH 43218


STATE OF GEORGIA (LLC RENEWAL)


STATE TREASURER'S OFFICE - UPP
PO BOX 11778
Columbia, SC 29211


STERITECH
C/O RENTOKIL NORTH AMERICA
PO BOX 14095
Reading, PA 19612


SUBURBAN PROPANE
PO BOX 260
Whippany, NJ 07981


SUN LIFE FINANCIAL
PO BOX 807009
Kansas City, MO 64184


SYNERGI PARTNERS, INC
P.O. Box 5599
Florence, SC 29502-5599

Talentreef, Inc.
Dept Ch 19769
Palatine, IL 60055-9769


Taylor Freezer Sales/Georgia
P.O. Box 2130
Cumming, GA 30028-2130


THALHIMER AS AGENG FOR EDANDJ
FAMBER PLACE, LLC
PO BOX 5160
Glen Allen, VA 23058


THE CYPRESS GROUP
19372 N. 98th Place
Scottsdale, AZ 85255


The Hartford
PO Box 660916
Dallas, TX 75266-0916


The Icee Company
P.O. Box 515723
Los Angeles, CA 90051


The Suby Group
2901 W. Beltline Hwy
Suite 201
Madison, WI 53713


Tile Roofing, Inc.
P.O. Box 285
Cleveland, SC 29635


Time Warner Cable
P.O. Box 70872
Charlotte, NC 28272-0872

```
Time Warner Cable (16184)
P.O. Box 70872
Charlotte, NC 28272-0872


Time Warner Cable (4806)
P.O. Box 70872
Charlotte, NC 28272-0872


TNT Signs
1098 Welsh Poppy Circle
Manning, SC 29102


Town of Santee
C/O Linda Shipley
P.O. Box 1220
Santee, SC 29142


Town of Santee
194 Brooks Blvd.
Santee, SC 29142


Town of Santee Water
P.O. Box 1220
Santee, SC 29142


Town of Summerville
Business License Department
200 South Main Street
Summerville, SC 29483


US Premium Finance
P.O. Box 924647
Norcross, GA 30010


VALLEY PROTEINS
P.O. BOX 643993
CINCINNATI, OH 45264
```

```
W. O. W. WINDOWS
PO BOX 1654
MT. PLEASANT, SC 29465-3003
```

```
WASTE MANAGEMENT
PO BOX 4648
CAROL STREAM, IL 60197-4648
```

```
WI SCTF
PO BOX 74400
MILWAUKEE, WI 53274
```

```
WI SCTF ANNUAL FEE
PO BOX 74400
MILWAUKEE, WI 53274
```

```
Zarco Einhorn Salkowski
& Brita, PA
2 S Biscayne Blvd, 34th Flr
Miami, FL 33131
```

```
ZENITH INSURANCE COMPANY
4415 COLLECTIONS CENTER DRIVE
Chicago, IL 60693
```

```
ZENITH INSURANCE COMPANY
PO BOX 9055
Van Nuys, CA 91499-4076
```

```
Zorn Consulting, LLC
325 Banning Street
Cope, SC 29038
```

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Capital Restaurant Group, LLC**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Capital Restaurant Group, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October  4, 2019**

Date

**/s/ William A. Rountree**

**William A. Rountree**

Signature of Attorney or Litigant

Counsel for  **Capital Restaurant Group, LLC**

**Rountree, Leitman & Klein, LLC**
**Century Plaza I**
**2987 Clairmont Road, Ste 175**
**Atlanta, GA 30329**
**404-584-1244 Fax:404 704-0246**
**swenger@rlklawfirm.com**