**IT IS ORDERED as set forth below:**

Date: October 8, 2019

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| CAPITAL RESTAURANT GROUP, LLC, ) | CASE NO: 19-65910-WLH |
| ) | |
| Debtor. ) | |
| _____ ) | |

**ORDER GRANTING DEBTOR'S MOTION FOR EXPEDITED HEARING
ON EMERGENCY MOTION TO (I) REJECT CERTAIN COMMERCIAL
REAL PROPERTY LEASES AND FRANCHISE AGREEMENTS *NUNC
PRO TUNC* TO OCTOBER 10, 2019 (II) PROVIDING FOR RESTAURANT
CLOSURE PROCEDURES, AND (III) GRANTING RELATED RELIEF;
AND NOTICE SCHEDULING EXPEDITED HEARING**

1.      Upon consideration of the Debtor's Motion for Expedited Hearing [Doc. 13] related to the Debtor's EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO (I) REJECT CERTAIN COMMERCIAL REAL PROPERTY LEASES AND

FRANCHISE AGREEMENTS *NUNC PRO TUNC* TO OCTOBER 10, 2019 (II) PROVIDING FOR RESTAURANT CLOSURE PROCEDURES, AND (III) GRANTING RELATED RELIEF (the "**Motion to Reject**") [Doc. 5], and it appearing that good cause exists to grant the requested relief,

**IT IS HEREBY ORDERED THAT:**

The Motion for Expedited Hearing is GRANTED as set forth herein.

**IT IS FURTHER ORDERED AND NOTICE IS HEREBY GIVEN THAT:**

The Court shall hold a hearing on the Motion to Reject on **October 11, 2019 at 9:30 a.m. in Courtroom 1403, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303**.

Counsel for Debtor shall serve this Order and Notice upon the party to the agreements to be rejected, Debtor's twenty largest unsecured creditors who are not insiders, all secured creditors, and the United States Trustee via facsimile, overnight mail, and/or by email.

Debtor's counsel shall file a certificate of service before the hearing date.

### END OF ORDER ###

Prepared and Presented By:

ROUNTREE LEITMAN & KLEIN, LLC

*/s/ Benjamin R. Keck*
William A. Rountree, Ga. Bar No. 616503
Benjamin R. Keck, Ga. Bar No. 943504
Century Plaza I
2987 Clairmont Road, Suite 175
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wrountree@rlklawfirm.com
bkeck@rlklawfirm.com
*Proposed Attorneys for Debtor*

## DISTRIBUTION LIST

William A. Rountree
Benjamin R. Keck
Century Plaza I
2987 Clairmont Road, Suite 175
Atlanta, Georgia 30329

Lindsay P. Kolba
Office of the United States Trustee
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303